UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE OF CONNECTICUT | : | **FILED UNDER SEAL** |
| | : | |
| | : | Case No. 3:22MJ1041 (TOF) |
| | : | |
| COUNTY OF HARTFORD | : | November 30, 2022 |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Daniel A. Spera, a Special Agent, having been duly sworn, do hereby state:

**I. INTRODUCTION**

1.  I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since July of 2011. I am currently assigned to the Violent Crime Task Force of the New Haven Division. My experience as an FBI Agent has included the investigation of cases concerning domestic and international terrorism, bombing matters, narcotics trafficking, firearms act violations, money laundering, fraud, fugitive apprehension, stolen property, robbery, and other matters. I have received formal training at the FBI Academy in Quantico, VA and have gained experience in interviewing and interrogation techniques, conducting physical and electronic surveillance, Title III intercepts, and various other criminal procedures. I have been an affiant of and have participated in the preparation and execution of search warrants and arrest warrants.

2.  I am one of the case agents who have participated in the investigation that is the subject of this affidavit in conjunction with law enforcement agents and officers, and I am thoroughly familiar with the information contained herein.

3.  I submit this affidavit in support of a criminal complaint for Taylor DZICZEK, with a year of birth of 1982, (hereafter "DZICZEK"), for the charge of bank robbery, in violation

of Title 18, United States Code, Section 2113. This affidavit is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint for DZICZEK. Because this affidavit is submitted for this limited purpose, I have not included each and every fact known to me regarding this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause to in support of a criminal complaint.

## II. PROBABLE CAUSE

4.  As explained in this affidavit, there is probable cause to believe, and I do believe, that on or about On May 26, 2022, at or around 3:54 p.m., DZICZEK robbed the People's United Bank located at 117 East Street, Plainville, Connecticut.[1] DZICZEK approached a teller carrying a red zip pouch. A witness reported that DZICZEK was not wearing gloves. DZICZEK removed a note from the zip bag and slid it under the counter glass. The note read, words to the effect of, "I have a gun. Don't call 911. Don't set off any alarms." When the teller stated she did not have any more money, DZICZEK pulled what appeared to be a black firearm from the front pocket of his sweatshirt. The suspect hit the counter with the gun and demanded that the other bank tellers give him money. According to witnesses, when DZICZEK hit the gun on the counter, it sounded like it could have been fake based on the sound it made.

5.  DZICZEK thumbed through some of the money looking for GPS tracking devices and removed them as he was acquiring the money. According to witnesses, DZICZEK made statements such as "Give me all the money," "I have a gun," and "Don't be a hero." Three GPS trackers were handled by DZICZEK and discarded in the bank. Detectives from the Plainville Police Department collected the paper money wrappers that contained the trackers that were

---

[1] I know that the deposits of People's United Bank are insured by the Federal Deposit Insurance Corporation.

touched by DZICZEK and submitted them to the State of Connecticut Department of Emergency Services and Public Protection, Division of Scientific Services (DSS) for DNA analysis.



(Still Photo from CCTV People's United Bank, Plainville, CT of DZICZEK displaying a firearm)

6. On October 21, 2022, Special Agents from the Boston Division of the FBI surveilled DZICZEK while he was in MGM Casino, One MGM Way, Springfield, MA. During the surveillance, SA Michael Sheehan observed DZICZEK drinking from a Red Bull energy drink can with a black straw. As agents were following DZICZEK, they lost sight of him for a few seconds. When they saw him next, DZICZEK was no longer holding the Red Bull can or straw. SA Sheehan searched three trash cans along the route DZICZEK walked and retrieved the Red Bull can and black straw and secured it as evidence.

7. On October 26, 2022, I met with SA Sheehan and obtained the Red Bull can and black straw from him. The next day, I transported and entered the Red Bull can and black straw into the FBI New Haven Division Evidence Control Room (ECR). Later that day, I transported the Red Bull can and black straw from the New Haven ECR to DSS for DNA analysis and

comparison with DNA that DSS had extracted from two of the paper money wrappers seized from the scene of the People's United Bank robbery in Plainville.[2]

8. On November 16, 2022, DSS issued Supplemental DNA Report II, which contained the results of tests comparing DNA obtained from the two money wrappers to DNA obtained from the black straw seized at the MGM Casino in Springfield. According to the report, the results are consistent with the DNA profile obtained from one of the money wrappers being a mixture of three contributors, with at least one of them being male. Assuming three contributors, that DNA profile is at least 5.3 million times more likely to occur if it originated from the source of the major DNA profile deduced from the black straw, and two unknown individuals, than if it originated from three unknown individuals.

9. The results are also consistent with the DNA profile obtained from the other money wrapper being a mixture of five contributors, with at least one of them being male. A teller (hereafter Teller #1) whose DNA was collected and submitted to DSS for elimination was assumed to be a contributor to the DNA profile from the second money wrapper. Assuming five contributors, where Teller #1 is one of the contributors, the DNA profile from the second money wrapper is at least 19 million times more likely to occur if it originated from the source of the major DNA profile deduced from the black straw, Teller #1, and three unknown individuals, than if it originated from Teller #1 and four unknown individuals.

---

[2] Investigators additionally requested that DSS compare DNA from the Red Bull can and black straw to DNA obtained from swabs of evidence taken at the scenes of robberies in Avon and Somers that DZICZEK is also suspected of perpetrating. The swabs tested from the Avon bank robbery were of money, a dye pack, the outermost $100 bill on the dye pack, and a wrapper. The swabs tested from the Somers robbery were of sections of the countertop near the teller station. According to results obtained from DSS on November 15, 2022, testing eliminated the source of the major DNA profile obtained from the black straw as a contributor to the DNA profiles obtained from the swabs taken from the Avon and Somers robberies.

### III. BACKGROUND OF INVESTIGATION

### Serial Bank Robberies

10. Since 2021, the FBI and other law enforcement partners have been investigating the following series of fourteen (14) robberies and one (1) attempted robbery of banks and credit unions located in Massachusetts, Connecticut, Vermont, and New Hampshire. The chart below details the date, name and location of the victim institution, and the amount stolen during the robbery. Also included below is a map depicting the location of each victim institution:

| No. | Date | Bank/Credit Union | City | State | Approx. Amt. Stolen |
|---|---|---|---|---|---|
| 1 | 09.09.21 | Arrha Credit Union | West Springfield | MA | $5,000 |
| 2 | 09.20.21 | American Eagle Credit Union | Enfield | CT | $7,950 |
| 3 | 10.04.21 | People's United Bank | Brattleboro | VT | $11,000 |
| 4 | 10.15.21 | Webster Bank | East Windsor | CT | $2,402 |
| 5 | 10.21.21 | People's United Bank | Brattleboro | VT | $0 (attempt) |
| 6 | 10.22.21 | Webster Bank | Somers | CT | $8,353 |
| 7 | 11.05.21 | Workers Credit Union | Athol | MA | $10,400 |
| 8 | 11.19.21 | Liberty Bank | Avon | CT | $2,279 |
| 9 | 11.20.21 | Savings Bank of Walpole | Keene | NH | $7,000 |
| 10 | 12.16.21 | Greenfield Cooperative Bank | Turner Falls | MA | $5,990 |
| 11 | 01.06.22 | Key Bank | East Windsor | CT | $1,880 |
| 12 | 01.21.22 | Franklin First Credit Union | Greenfield | MA | $2,800 |
| 13 | 05.26.22 | People's United Bank | Plainville | CT | $7,085 |
| 14 | 06.03.22 | TD Bank | Nashua | NH | $53,120 |
| 15 | 08.17.22 | Liberty Bank | Meriden | CT | $12,129 |
| | **TOTAL** | | | | **$137,388** |



11. During each of the robberies, a white male suspect wore items of clothing and masks that obscured his face, arms, legs, and, in particular, the back of his right hand from view.³ For example, he often wore a baseball cap, a hooded sweatshirt, a face mask, and a latex glove covering his right hand. In other instances, the suspect pulled his sweatshirt over his right hand or wore a sweatshirt with a thumb or finger hole to hide his right hand. In addition, the suspect consistently wore long pants, regardless of the outside temperature. He often demanded money by showing tellers a note. During some of the robberies, he claimed to have a gun, and on two occasions he brandished what appeared to be a firearm.

---

³ On some occasions, a summary providing a description of the suspect's appearance and screen shots from bank security video detailed below were provided to me by other agents involved in the investigation who initially reviewed the reports and videos related to the robbery.

12. Witnesses varied in their physical description of the suspect. For example, witnesses have estimated his height between 5' 6" and 5' 11," his age to be between 18- and 50-years old, and, while almost all have reported that the suspect has blue eyes, at least one witness reported that the suspect's eyes were green.

13. Surveillance video from inside the banks and credit unions have captured images of the suspect on several occasions. For example, on November 5, 2021, surveillance video captured the image immediately below as the suspect entered Worker's Credit Union, located at 107 Tower Road, Athol, Massachusetts:



On this occasion, the suspect stole approximately $10,400. In a note shown to a teller, the suspect claimed to have a gun, though no gun was displayed.

[Remainder of page intentionally left blank]

14. Surveillance video captured the images immediately below on November 20, 2021, as the suspect robbed the Savings Bank of Walpole, located at 400 West Street, Keene, New Hampshire:



On this occasion, the suspect stole approximately $7,000. Again, in a note shown to a teller, he claimed to have a gun although no gun was displayed.

15. Surveillance video captured the images immediately below on January 6, 2022, as the suspect robbed Key Bank, located at 122 Prospect Hill Road, in East Windsor, Connecticut:



During this robbery, the suspect's blue surgical mask slipped below his nose, providing investigators with the clearest pictures of the upper portion of his face. He stole approximately $1,800.

8

16. On June 3, 2022, surveillance video captured the images immediately below after the suspect entered TD Bank, located at 225 Daniel Webster Highway, in Nashua, New Hampshire:



The suspect approached the teller and displayed a hand-written note that read something to the effect of, "I have a gun, give me 100's and 50's." The teller removed all of the $100 and $50 bills from her drawer and handed it to the suspect. The suspect quickly looked at the money and then said something to the effect of "that's not enough, go into the vault." The teller proceeded to the vault room, where two other bank employees were conducting an inventory. The suspect scaled the counter, entered the vault room and pointed a firearm, described as a black pistol, at the employees. The employees removed a large sum of money from the vault and handed it to the suspect. The suspect then left the bank and got into a dark gray colored sedan. The total loss reported by the bank was approximately $53,120. This was the largest amount stolen thus far.

17. On August 17, 2022, at approximately 2:47 p.m., the suspect entered the Liberty Bank and was described as being 5'8"-5'9", wearing a dark blue hoodie with a gray short, sleeve shirt over it, dark colored pants that appeared to sweatpants or joggers, dark colored sneakers that appeared to be navy blue with a white sole bottom, a blue and white medical mask, and a baseball cap.

18. The suspect approached the victim, Teller #2, and Teller #2 asked the suspect to remove his hood and cap. The suspect ignored Teller #2 and walked to Teller #2's station, closest to the door. The suspect showed Teller #2 a note on a piece of paper that stated, "I have a gun." There were other words written but Teller #2 could not remember what they said. The suspect put the note in a yellow folder. Teller #2 then began to give the suspect the money that is set aside in case of a robbery. The cash the suspect was given was $400. The suspect gave it back, demanding larger bills. Teller #2 tried to go to the machine to get more money and told the suspect it will take some time. The suspect then got louder, and stated, "I will come back here, I have a gun." The suspect then walked away from Teller #2 and approached Teller #3 and told the teller, "Hurry up I have a gun," or something to that effect. He then stated, "I want 100`s and 50`s" and "Hurry up." Teller #2 gave the suspect $200 in singles, $200 in fives, and $40 in bait money and a dye pack. The suspect did not take the bait money. The suspect then went back to Teller #1 who gave him all the money he was able to take out of the cash machine. After this, the suspect didn`t say anything and left the bank and fled in a dark grey sedan. Multiple witnesses reported the make, model, and color of the suspect's vehicle. However, as with the suspect's physical description provided during the several robberies, there have been some variation in witness accounts concerning the make, model, and color of the suspect's vehicle. For example, while most witnesses have reported the vehicle to be a silver or gray Nissan, after the September 20, 2021, robbery of the American Eagle Credit Union in Enfield, Connecticut, a teller described the suspect's vehicle as a blue or silver Nissan. Of note, in several instances, witnesses reported that the suspect's vehicle did not have license plates.

19. On October 15, 2021, a teller at the Webster Bank, located at 2 North Road, in East Windsor, Connecticut, took the following picture of the suspect's vehicle immediately

following the robbery. Witnesses identified the vehicle parked next to the red car as belonging to the suspect:



20. On December 16, 2021, at approximately 11:38 a.m., the suspect robbed the Greenfield Cooperative Bank in Turner Falls, Massachusetts. Subsequent review of dashboard camera footage from a police vehicle in the immediate vicinity captured images of a gray Nissan vehicle without license plates drive past the police vehicle and park on the street near the bank:



11

The suspect exited the gray Nissan with a manila envelope in his hand and entered the bank.[4] After he robbed the bank of approximately $5,990, he retraced his steps only moments later. Still photos from the police dashboard camera below depict the suspect walking towards the bank entrance and then later walking back towards the parked gray Nissan:



After getting back into the gray Nissan, the suspect backed out and drove back past the police vehicle with the dashboard camera, displaying no license plate on the front of his vehicle:



---

[4] I bring two items to the Court's attention: First, the time stamp on the police dashboard camera video is one hour ahead (i.e. 12:38 pm) of the actual time of the robbery, as reported by bank employees and as captured on the bank security video (i.e. 11:38 am). That could be the result of the dashboard camera being set to Eastern Daylight Time, as opposed to Eastern Standard Time used on December 16, 2021.

Second, one is unable to actually observe the suspect exit the gray Nissan in the video, as the view of the Nissan was blocked by other parked cars along the street. I have drawn that conclusion because the suspect emerged from the area of the parked car just moments after it arrived and the Nissan hurriedly backed out of the parking spot and left the area seconds after the suspect returned to the area of the parked Nissan. No other person is seen near the area of the Nissan during the relevant two minutes that it was parked outside the bank.

21. On January 6, 2022, when the suspect robbed the Key Bank, in East Windsor, Connecticut, video surveillance captured the image below of a gray Nissan without a front license plate:



22. On May 26, 2022, the suspect robbed the People's United Bank, located at 117 East Street, Tomlinson Avenue, in Plainville, Connecticut, at or around 3:54 p.m. The following image of a Nissan without a front license plate visible was captured by an exterior surveillance camera affixed to the Plainville High School located at 47 Robert Holcomb Way, approximately 0.5 miles away from the People's United Bank. According to a timestamp on the video, the image was captured at approximately 3:59 p.m.[5]



---

[5] At this time, investigators have not independently confirmed the accuracy of the timestamp recorded on the surveillance camera at Plainville High School.

23.     FBI submitted photographs of the gray vehicle accumulated during the course of this investigation to Nissan Information Security, a division of Nissan Group of North America. Nissan personnel indicated that the vehicle of interest is a Nissan Versa, with "SV" trim, manufactured between 2020 and 2022 in Mexico.

### DZICZEK's 2017 Robbery Conviction

24.     Following a jury trial, DZICZEK was convicted in 2017 of the unarmed robbery of the Easthampton Savings Bank in South Hadley, Massachusetts in 2015. According to police reports and evidence presented at trial, on **March 11, 2015**, DZICZEK, wearing a gray sweatshirt hoodie over his head with a black mask or scarf covering his face, entered the Easthampton Savings Bank, approached a teller, demanded money, and opened a black plastic bag. Throughout the incident, DZICZEK covered his hands with his sweatshirt. One bank employee told investigators she thought it odd that DZICZEK wore so much clothing given it was a very warm day. The teller provided approximately $5,700 and DZICZEK fled the bank through the rear entrance.

25.     An off-duty Holyoke Police officer who was driving by observed DZICZEK as he quickly departed the bank on foot. The officer followed DZICZEK and observed him enter a 2011 Hyundai Elantra sedan that was parked approximately 300 yards away. The vehicle had a Massachusetts Disabled Veteran's License plate number that is known to me and ends in the numbers 17 (the Disabled Veteran Plate Number), registered to DZICZEK's father. The officer followed the vehicle driven by DZICZEK to a dead-end street and observed DZICZEK as the driver when DZICZEK reversed direction and passed by the officer. Police later apprehended DZICZEK and charged him with the robbery.

### The Nissan Versa

26.  According to information received from the Massachusetts Department of Motor Vehicles, on February 10, 2021, Taylor DZICZEK's father, Donald Dziczek, purchased a Nissan Versa from Country Nissan, in Hadley, Massachusetts (hereinafter the "VERSA"). The color listed on the bill of sale for the VERSA is "KAD/Gun Metal Gray." Notably, the contact information listed on the bill of sale for Donald Dziczek was a telephone number that is known to me and ends in the numbers 1773 (the 1773 Number) and the email address tdziczek[REDACTED]@gmail.com. As described in more detail later, the investigation has revealed the 1773 Number and the email address tdziczek[REDACTED]@gmail.com are both associated with Taylor DZICZEK.

27.  Massachusetts Registry of Motor Vehicles (RMV) records indicate that the VERSA was registered on February 11, 2021, with a Massachusetts specialty license plate using the Disabled Veteran Plate Number. This is the same plate that was on the Hyundai Elantra that DZICZEK drove during his 2015 bank robbery. On August 1, 2022, the Massachusetts registration for the Disabled Veteran Plate Number was renewed and is effective until July 31, 2023. A Massachusetts vehicle inspection sticker was issued for the vehicle on October 22, 2021, sticker number ending in 185.[6]

### CoinMover Records Tie the 1773 Number and tdziczek[REDACTED]@gmail.com Email Address to DZICZEK

28.  CoinMover is a company based in Lynn, Massachusetts that operates several

---

[6] Nissan representatives confirmed that the VERSA is not equipped with telematic services, meaning the VERSA does not have a factory-installed onboard method of monitoring by using GPS technology or onboard diagnostics to plot the vehicle's movements.

15

cryptocurrency kiosks throughout the United States, primarily in the Northeast and California. Through communication with a CoinMover employee, investigators learned that CoinMover customers create accounts and conduct cryptocurrency transactions using the remote kiosks. At the time of account creation, the customer enters identifying information into the kiosk including a name and telephone number.

29.  Records received from CoinMover on September 8, 2022, revealed that on June 24, 2021, an individual created a CoinMover account (referred to as "Account 4HZ3"), and provided the name "Taylor Dziczek," the 1773 Number, and email address tdzicek[REDACTED]@gmail.com. As described above, this phone number and email address match the telephone number and email address on the VERSA bill of sale. The following photograph was taken by the kiosk on June 24, 2021 at 10:37 pm:



**DZICZEK's Use of the VERSA**

30.  On September 23, 2022, investigators received several videos from the MGM Casino in Springfield, Massachusetts. Those videos depict what appears to be DZICZEK and the VERSA at the casino on several occasions in August and September 2022. For example, and as pictured below, on September 7, 2022, DZICZEK appears to be shown on the video entering the casino at approximately 10:56 am. Review of the garage camera shows what appears to be the

VERSA entering garage approximately 4 minutes earlier, at 10:52 am. The driver appears to be the sole occupant:



31.     On September 14, 2022, law enforcement surveilled DZICZEK as he departed his residence, 35 Campbell Street, Chicopee, MA, in the VERSA. DZICZEK drove alone to a Stop and Shop grocery store located at 1277 Liberty Street in Springfield. Law enforcement observed DZICZEK (wearing a shirt like the shirt shown above at the casino one week earlier) returning bottles and departing the parking lot driving the VERSA. Photos taken of DZICZEK and the VERSA during that use are included below:




17



## IV. CONCLUSION

29.     On the basis of the foregoing information, there is probable cause to believe, and I do believe, that Taylor DZICZEK has committed the offense of bank robbery in violation of Title 18, United States Code, Section 2113.

DANIEL SPERA
Digitally signed by DANIEL SPERA
Date: 2022.11.30 17:48:52 -05'00'

_____
DANIEL A. SPERA
Special Agent
Federal Bureau of Investigation

The truth of the foregoing affidavit has been attested to me by Special Agent Daniel A. Spera over the telephone on this 30th day of November 2022.

Date: 2022.11.30 18:18:58 -05'00'
_____
HONORABLE THOMAS O. FARRISH
United States Magistrate Judge

18